# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY, | CASE NO. 1:12-cv-01858-AWI-BAM PC |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO FILE PARTIAL AMENDMENT |
| v. | (ECF No. 19) |
| LT. J. ZARAGOZA, | |
| Defendant. | |

Plaintiff Matthew James Dury ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed the complaint in this action on November 13, 2012. (ECF No. 1.) On February 6, 2013, Plaintiff filed a motion to amend his prayer for relief. (ECF No. 19.)

At this stage of the action, Plaintiff has the right to amend his complaint once as a matter of course. Fed. R. Civ. P. 15(a). Therefore, Plaintiff may file an amended complaint once without leave of court. However, Plaintiff is notified that an amended complaint supercedes the original complaint, Lacey v. Maricopa County, 693 F.3d 896, 907 n.1 (9th Cir. 2012) (en banc), and it must be "complete in itself without reference to the prior or superseded pleading," Local Rule 220.

Plaintiff seeks leave to amend only the requested relief in his complaint. Although Plaintiff may file an amended complaint that is complete within itself, partial or piecemeal amendments, such

as that proposed by Plaintiff, are not permitted.  Accordingly, Plaintiff's motion for leave to file a partial amendment is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **February 28, 2013**        /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE