# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES DURY, | CASE NO. 1:12-cv-01858-AWI-BAM PC |
| Plaintiff, | ORDER STRIKING FILING |
| | (ECF No. 15) |
| v. | |
| | ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT |
| LT. J. ZARAGOZA, | |
| | (ECF Nos. 17, 18) |
| Defendant. | |

Plaintiff Matthew James Dury ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed the complaint in this action on November 13, 2012. (ECF No. 1.)

On December 17, 2012, Plaintiff filed a document entitled "Motion to Unjust Court," which seeks no discernible form of relief to which Plaintiff is entitled under the law. (ECF No. 15.) Plaintiff also filed a motion seeking default judgment. (ECF No. 17.) Plaintiff filed a second motion for default judgment on January 25, 2013. (ECF No. 18.)

Plaintiff is not entitled to entry of default or default judgment in this action. Fed. R. Civ. P. 55(a), (b). Service of process has not yet been initiated in this action, and in the absence of Defendant's failure to file a timely response once legal service of process has been completed, Plaintiff has no entitlement to the entry of default or to the entry of default judgment. Fed. R. Civ. P. 4(I). Plaintiff is directed to re-read paragraph 12 of the First Informational Order, which addresses screening and service of process. (ECF No. 3.)

1 | With regard to Plaintiff's motion to unjust court, the motion seeks no legitimate form of relief
2 | and appears to have been submitted in multiple actions. This filing shall be stricken from the record.
3 | Based on the foregoing, IT IS HEREBY ORDERED as follows:
4 | 1. Plaintiff's motions for default judgment are DENIED (Doc. Nos. 17, 18); and
5 | 2. Plaintiff's miscellaneous motion to unjust court is STRICKEN from the record (Doc.
6 | No. 10).
7 | IT IS SO ORDERED.
8 |
9 | Dated:  March 19, 2013

SENIOR DISTRICT JUDGE